In the Matter of BERNARR MACFADDEN, Respondent, against FELIX C. BENVENGA, as One of the Justices of the Supreme Court of the State of New York, et al., Appellants.

Argued January 4, 1943; decided February 25, 1943.

*Maurice V. Seligson* and *Myer I. Kleinberg* for appellants.

*Edward S. McLean, Charles D. Breitel* and *Oscar Stabiner* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.